**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

LA PLAZA CONDOMINIUM
ASSOCIATION, INC.,
a Florida Corporation,

    Plaintiff,

v.                                    Case No. 3:05cv287/MCR/MD

ONEBEACON INSURANCE COMPANY,
a foreign insurance company,

    Defendant.
_____/

## ORDER OF DISMISSAL

    This cause is before the court upon the parties' Joint Stipulation For Dismissal With Prejudice. (Doc. 10). Upon consideration of the foregoing, the above-entitled action is **DISMISSED** with prejudice. It is further ordered that each party shall bear their respective costs and attorneys' fees and all liens and/or subrogated interests shall be satisfied by plaintiff(s). The Clerk is directed to close the case in its entirety for all purposes.

    **ORDERED** on this 14th day of September, 2005.


                                                s/ *M. Casey Rodgers*
                                                **M. CASEY RODGERS
                                                United States District Judge**